# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**UNITED STATE OF AMERICA**

**v.**                                      **Docket Number  15-4742**

**JAMES MARTIN TREACY**

## MOTION FOR LEAVE TO FILE OVERSIZE JOINT APPENDIX

 COMES NOW the appellant, JAMES MARTIN TREACY, by his counsel Louis K. Nagy, and respectfully moves this Court for permission to file and oversized joint appendix in this matter.  In support of this Motion, counsel herein states as follows:

 1. That the Joint Appendix is oversize largely because it includes an extensive trial transcript, witness testimony, pre-trial hearings (including a crucial hearing on a Motion to Dismiss), all of which took place between the date of indictment in August 2013 and the date of Sentencing in November 2015.

 2. That the Joint Appendix is more than 500 pages including covers and tables.  Counsel believes that it includes those materials that are essential to the Court's evaluation of the issues in this case.

 WHEREFORE, the appellant respectfully requests permission to file an oversized joint appendix of 1,282 pages.

Respectfully submitted,

JAMES MARTIN TREACY
By Counsel

/s/Louis Kirk Nagy
VSB # 48605
LAW OFFICE OF LOUIS K. NAGY, PLC
590 East Market Street
Harrisonburg, Virginia 22801
(p) (540) 705-0021
(f) (540) 208-1690.16
lnagy@nagylawva.com
Counsel for the Appellant

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2016, I electronically filed the foregoing Motion for Leave to File Oversized Joint Appendix with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

      /s/Louis Kirk Nagy
      VSB # 48605
      LAW OFFICE OF LOUIS K. NAGY, PLC
      590 East Market Street
      Harrisonburg, Virginia 22801
      (p) (540) 705-0021
      (f) (540) 208-1690.16
      lnagy@nagylawva.com
      Counsel for the Appellant